# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| KATHERINE MASON, *et al.* | ) | CASE NO: 1:12-CV-2662 |
| Plaintiffs, | ) | |
| | ) | MAGISTRATE JUDGE |
| vs. | ) | NANCY A. VECCHIARELLI |
| MRS BPO, LLC, | ) | |
| Defendant. | ) | |
| | ) | **JUDGMENT ENTRY** |

This matter is before the United States Magistrate Judge on consent of the parties. (Doc. No. 18.) The parties have notified this Court that they have settled this matter. (Doc. NO. 37.) Accordingly, it is hereby ORDERED that this action be marked settled and dismissed with prejudice, each party to bear its own costs.

It is not necessary for this action to remain on the calendar of the Court and, accordingly, the matter is closed. However, the Court retains jurisdiction over this matter for 120 days to: (1) enforce the settlement agreement; and/or (2) vacate this order for good cause shown.

**IT IS SO ORDERED.**

Date: July 9, 2013

s/ *Nancy A. Vecchiarelli*
Nancy A. Vecchiarelli
U.S. Magistrate Judge